IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

Nos. 02-10143 and 02-10573
_____


VON ESSEN INC, a California Corporation

                              Plaintiff - Appellee

v.

MARNAC INC, a Texas Corporation

                              Defendant - Appellant

_____

Appeals from the United States District Court
for the Northern District of Texas
3:00-MC-73-L
_____
March 11, 2003

Before KING, Chief Judge, and DAVIS, Circuit Judge, and ROSENTHAL[*],
District Judge.

PER CURIAM:[**]

AFFIRMED.  See 5TH CIR. R. 47.6.

_____

        [*] District Judge of the Southern District of Texas, sitting by
designation.

        [**]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.